**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 11418**

WILLIAM McKENZIE

                    Plaintiffs,

-against-

SNAP-ON INCORPORATED and
SNAP-ON TOOLS, COMPANY, LLC

                    Defendants.

Civil Action No.:

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendants, SNAP-ON INCORPORATED and SNAP-ON TOOLS, COMPANY, LLC, by their attorneys Biedermann, Reif, Hoenig & Ruff, P.C., certifies that the following are corporate parents, subsidiaries, or affiliates of it which are publicly held:

1.     SNAP-ON, INC., is a publicly traded corporation listed on the NYSE. SNAP-ON TOOLS COMPANY, LLC, is a wholly owned subsidiary of SNAP-ON, INC.

Dated: New York, New York
       December 18, 2007

                                      BIEDERMANN, REIF, HOENIG & RUFF, P.C.

                                      By: _____
                                          Peter W. Beadle (PB-5045)
                                      *Attorneys for Defendants*
                                      *SNAP-ON INCORPORATED and*
                                      *SNAP-ON TOOLS COMPANY, LLC*
                                      570 Lexington Avenue
                                      New York, New York 10022
                                      (212) 697-6555
                                      File No.: 200.15945